LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 969-9370

Attorney for Defendant
JEREMIAH SALANOA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-063 DJC |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JEREMIAH I'AMAFANA SALANOA, | |
| Defendant. | Date: April 16, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

Plaintiff United States of America and Defendant Jeremiah Salanoa, through their respective attorneys, request for the reasons stated below that the status conference set for April 16, 2026, be continued by the Court to June 11, 2026:

1.  This case involves, among other allegations, that Defendant participated in several controlled substance distribution operations with a confidential source supervised by the FBI in Solano County. The FBI's investigation into the events charged in this case lasted approximately one year. The investigation included inquiries into the activities of several individuals in Vallejo, California. The investigation culminated in charges being pursued in federal and state courts against some of the subjects investigated by the FBI.

1

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

2. Jeremiah Salanoa is being held in pre-trial detention at the Sacramento County Main Jail. The discovery materials produced by the government in this matter are voluminous, consisting of more than 150 gigabytes of data, including law enforcement reports, photographs, video and audio recordings, and other materials. (ECF Document 21). All discovery materials are subject to a protective order (ECF Document 17), requiring defense counsel to retain possession of all items containing protected information, primarily related to personal identifying information as to the confidential source and witnesses.

3. Defendant filed a Motion to Dismiss the Indictment last year (ECF Document 24, filed October 7, 2025) based on an alleged violation of the Sixth Amendment right to counsel due to the government's failure to fund lawyers, investigators, and other support staff funded through the Criminal Justice Act (18 U.S.C. § 3006A). The Court found that a Sixth Amendment violation had occurred but denied the requested remedy of dismissal. (ECF Document 36). Instead, the Court granted the alternative remedy of allowing the defense any continuances required to ensure that defense counsel could satisfy his constitutional obligations to Mr. Salanoa.

4. Defense counsel requires additional time for discovery review and to conduct defense investigation. The parties are also discussing potential resolution of this matter through negotiated disposition. Defendant Salanoa therefore requests to vacate the status conference scheduled for April 16, 2026. Defendant Salanoa further requests to set a status conference on June 11, 2026, at 9:00 a.m., and to exclude time between April 16, 2026 and June 11, 2026, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          2

requested would deny Defendant Salanoa the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Salanoa requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 16, 2026 to June 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Salanoa's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on behalf of the United States.

Dated:  April 13, 2026                              */s/ Todd Leras*

_____
TODD LERAS
Attorney for Defendant
JEREMIAH SALANOA

Dated:  April 13, 2026          ERIC GRANT
United States Attorney

By:      _/s/ Todd Leras for_
JASON HITT
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME        4

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference hearing, presently set for April 16, 2026, shall be continued to June 11, 2026, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, April 13, 2026, up to and including June 11, 2026, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: April 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE