LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 969-9370

Attorney for Defendant
JEREMIAH SALANOA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00063 DJC |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JEREMIAH I'AMAFANA SALANOA, | |
| Defendant. | Date:   June 11, 2026<br>Time:  9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

Plaintiff United States of America and Defendant Jeremiah Salanoa, through their respective attorneys, request for the reasons stated below that the status conference set for June 11, 2026, be continued by the Court to August 6, 2026:

1.   This case involves, among other allegations, that Defendant participated in several controlled substance distribution operations with a confidential source supervised by the FBI in Solano County.  The FBI's investigation into the events charged in this case lasted approximately one year.  The investigation included inquiries into the activities of several individuals in Vallejo, California.  The investigation culminated in charges being pursued in federal and state courts against some of the subjects investigated by the FBI.

1

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

2. Jeremiah Salanoa is being held in pre-trial detention at the Sacramento County Main Jail. The discovery materials produced by the government in this matter are voluminous, consisting of more than 150 gigabytes of data, including law enforcement reports, photographs, video and audio recordings, and other materials. (ECF Document 21). All discovery materials are subject to a protective order (ECF Document 17), requiring defense counsel to retain possession of all items containing protected information, primarily related to personal identifying information as to the confidential source and witnesses.

3. This United States Attorney's Office recently transferred responsibility for prosecution of this matter to Assistant United States Attorney Adrian Kinsella (ECF Document 43). The parties are engaged in settlement negotiations. It is anticipated that this matter may resolve by negotiated disposition on August 6, 2026. Defense counsel is engaged in defense investigation to prepare for trial while simultaneously conducting mitigation investigation in support of Defendant's sentencing request in the event the matter resolves. Defense counsel requires additional time to complete the trial defense and mitigation investigation for Mr. Salanoa's case.

4. Defendant Salanoa therefore requests to vacate the status conference scheduled for June 11, 2026. Defendant Salanoa further requests to set a status conference on August 6, 2026, at 9:00 a.m., and to exclude time between June 11, 2026 and August 6, 2026, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Salanoa the reasonable time necessary for effective preparation, considering the exercise of due diligence.

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    2

6. Based on the above-stated facts, Defendant Salanoa requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 11, 2026 to August 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Salanoa's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Adrian Kinsella has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on behalf of the United States.

Dated:  June 8, 2026          */s/ Todd Leras*

_____
TODD LERAS
Attorney for Defendant
JEREMIAH SALANOA


Dated:  June 8, 2026          ERIC GRANT
                             United States Attorney

By:      */s/ Todd Leras for*
         ADRIAN KINSELLA
         Assistant United States Attorney
         (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          3

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference hearing, presently set for June 11, 2026, shall be continued to August 6, 2026, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 11, 2026, up to and including August 6, 2026, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: June 8, 2026                           /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE