LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 969-9370

Attorney for Defendant
JEREMIAH SALANOA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEREMIAH I'AMAFANA SALANOA,<br>Defendant. | CASE NO. 2:25-CR-063 DJC<br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br>Date: October 8, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

Plaintiff United States of America and Defendant Jeremiah Salanoa, through their respective attorneys, request for the reasons stated below that the status conference set for October 8, 2026, be continued by the Court for further status conference/potential change of plea hearing on November 19, 2026:

1. This case involves, among other allegations, that Defendant participated in several controlled substance distribution operations with a confidential source supervised by the FBI in Solano County. The FBI's investigation into the events charged in this case lasted approximately one year. The investigation included inquiries into the activities of several individuals in Vallejo, California. The investigation culminated in charges being pursued in federal and state courts against some of the subjects investigated by the FBI.

2. Jeremiah Salanoa is charged with the offense listed in this Indictment, as well as a state charges in Solano County Superior Court for conduct alleged to have occurred during the FBI's investigation of this matter.

3. Jeremiah Salanoa is being held in pre-trial detention at the Sacramento County Main Jail. The discovery materials produced by the government in this matter are voluminous, consisting of more than 150 gigabytes of data, including law enforcement reports, photographs, video and audio recordings, and other materials. (ECF Document 21). All discovery materials are subject to a protective order (ECF Document 17), requiring defense counsel to retain possession of all items containing protected information, primarily related to personal identifying information as to the confidential source and witnesses.

4. The United States Attorney's Office recently provided a proposed resolution to Mr. Salanoa. The resolution includes the potential for a global resolution, which includes the Solano County Superior Court action referred to in paragraph Two, above. Defense counsel believes that simultaneous resolution of the state and federal matters may be in Mr. Salanoa's best interest. Defense counsel requires additional information and to conduct investigation into matters related to the state charges before a global resolution can take place. Defense counsel further requires additional time to obtain this additional information and to complete defense investigation before Mr. Salanoa proceeds to a change of plea hearing and to otherwise prepare for trial in case the matter is not resolved by a change of plea.

5. Defendant Salanoa therefore requests to vacate the status conference scheduled for October 8, 2026. Defendant Salanoa further requests to set a status conference/potential change of plea hearing on November 19, 2026, at 9:00 a.m., and

to exclude time between October 8, 2026 and November 19, 2026, inclusive, under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Salanoa the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Salanoa requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of October 8, 2026 to November 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Salanoa's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Adrian Kinsella has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on behalf of the United States.

/ / /

/ / /

Dated: October 5, 2026

*/s/ Todd Leras*

TODD LERAS
Attorney for Defendant
JEREMIAH SALANOA

Dated: October 5, 2026

ERIC GRANT
United States Attorney

By: *____/s/ Todd Leras for____*
ADRIAN KINSELLA
Assistant United States Attorney
(Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference hearing, presently set for October 8, 2026, shall be continued for a further status conference potential change of plea hearing on November 19, 2026, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, October 8, 2026, up to and including November 19, 2026, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: October 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE